IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TODD JANSEN, | ) | 4:06CV3312 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TERRY A. HEESACKER; | ) | |
| KEVIN M. BERINGER; and | ) | |
| HEATH ALDRICH. | ) | |
| | ) | |
| Defendants. | ) | |

The defendants have made a showing (filing 49) that they were unable to serve the plaintiff with a copy of their motion for summary judgment (filing 40) at the mailing address provided by the plaintiff, and that subsequent mailings, including discovery requests and a proposed final pretrial conference order, have also been returned by the post office as undeliverable. The plaintiff, who appears pro se, is required to keep the court advised of his whereabouts. *See* NEGenR 1.3(e) ("An attorney or pro se party whose address . . . has changed from that previously provided in any ongoing case must file and serve notice thereof within thirty (30) calendar days of the change."). Because it appears that the plaintiff has failed to notify the court of a change of address,

IT IS ORDERED that:

1. On or before July 31, 2008, the plaintiff shall show cause why this case should not be dismissed for lack of prosecution and failure to abide by the rules of the court. Unless a satisfactory showing is made by such date, this action will be dismissed without further notice.

-2-

2.  The pretrial conference scheduled for August 18, 2008, is continued until further order of the court, and defense counsel is relieved of any further obligation to prepare and submit a proposed pretrial order.

3.  The clerk of the court shall mail a copy of this memorandum and order to the plaintiff at his last known address.

July 15, 2008.            BY THE COURT:

                          s/ *Richard G. Kopf*
                          United States District Judge